In the Matter of the Estate of JESSE S. HULSE, Deceased.

(Argued October 10, 1886; decided October 26, 1886.)

*Henry Bacon* for appellant.

*B. R. Champion* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY McCALL, as Administratrix, etc., Respondent, *v.* SILAS H. WITHERBEE et al., Appellants.

(Argued October 12, 1886; decided October 26, 1886.)

*D. M. Grover* for appellants.

*Richard L. Hand* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and EARL, JJ., dissenting.
Judgment affirmed.

---

DRAYTON HILLER, as Ancillary Administrator, etc., Appellant, *v.* UNITED STATES TRUST COMPANY, Respondent.

(Argued October 12, 1886; decided October 26, 1886.)

*William G. Peckham* for appellant.

*Edward Sheldon* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.